AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

*[handwritten: DOR 11/15/16]*

|  |  |
|---|---|
| United States of America<br>v.<br>Edgar Alejandro Proa-Bernal,<br>a.k.a.: Edgar Alejandro Proa,<br>a.k.a.: Edgar Alejandro Proa Bernal,<br>(A 088 673 628)<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No.  *[handwritten: 16-7429MJ]*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 18, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Edgar Alejandro Proa-Bernal, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about May 1, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

*[handwritten: CEB]*

REVIEWED BY:  Charles E. Bailey, P.S. for AUSA Jonathan R. Hornok

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Barry P. Jansen,
Deportation Officer
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  November 16, 2016
_____

_____
*Judge's signature*

Bridget S. Bade,
United States Magistrate Judge
_____
*Printed name and title*

City and state:   Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Barry P. Jansen, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 18, 2016, Edgar Alejandro Proa-Bernal was booked into the Maricopa County Jail (MCJ) intake facility by the Arizona Department of Public Safety on local charges. While incarcerated at the MCJ, Proa-Bernal was examined by ICE Officer A. Garcia who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 15, 2016, Proa-Bernal was released from the Arizona Department of Corrections and transported to the Phoenix ICE office for further investigation and processing. Proa-Bernal was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Edgar Alejandro Proa-Bernal to be a citizen of Mexico and a previously deported criminal alien. Proa-Bernal was removed from the United States to Mexico through Nogales, Arizona, on or about May 1, 2008,

1

pursuant to the order of removal issued by an immigration judge. There is no record of Proa-Bernal in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Proa-Bernal's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Edgar Alejandro Proa-Bernal was convicted of Aggravated Driving under the Influence of Intoxicating Liquor or Drugs, a felony offense, on December 13, 2007, in the Superior Court of Arizona, Maricopa County. Proa-Bernal was sentenced to four (4) months' incarceration and three (3) years' probation.   Proa-Bernal's criminal history was matched to him by electronic fingerprint comparison.

5. On November 15, 2016, Edgar Alejandro Proa-Bernal was advised of his constitutional rights. Proa-Bernal freely and willingly acknowledged his rights and agreed to provide a statement under oath. Proa Bernal stated his true and correct name is Edgar Alejandro Proa Beran and that he is a citizen of Mexico. Proa-Bernal also stated that he entered "caminando," into the United States through "Sonorita," and that he had not been given permission to enter the United States by the Department of Homeland Security or the Attorney General.  Furthermore, Proa Bernal stated that he had been removed from the United States.

2

6. For these reasons, this affiant submits that there is probable cause to believe that on or about July 18, 2016, Edgar Alejandro Proa-Bernal, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about May 1, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Barry P. Jansen,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 16th day of November, 2016.

Bridget S. Bade,
United States Magistrate Judge

3